

**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244
FAX (512) 332-7249

804 Pecan Street
PO Box 770
Bastrop, TX 78602

### Bastrop County District Clerk

November 16, 2015

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547

*Re:*   *Court of Appeals No. 03-15-00701-CV; Trial Court No. 046-21*
*Style:*   *Derek R. Van Gilder, Individually and as Trustee of the Carol H. Noble Trust, and*
*Chuck Ryan, Individually and as Successor Trustee of the Carol H. Noble Trust v.*
*Rosanna Abreo, Permanent Guardian of the Estate of Carol H. Noble, an Incapacitated*
*Person*

Dear Sir or Madam:

I would like to request a 3 day extension for filing the clerk's record in the above referenced cause of action. I am the only clerk in our office who currently prepares the appeal records. I am ill and unable to work today. I only came to work today to prepare this letter. Therefore, I would like to request that the record be due on Thursday, November 19, 2015 rather than today.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Best,
/s/ Katy Nyc
**Katy Nyc**
Deputy Clerk
Bastrop County District Clerk's Office
804 Pecan Street/Po Box 770
Bastrop, TX 78602
(512) 581-4027
Katy.nyc@co.bastrop.tx.us